IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Tempress Technologies, Inc.,** | § § § | |
| Plaintiff, | § § | Civil Action No. 4:23-cv-1351 |
| v. | § § | **JURY TRIAL DEMANDED** |
| **Texas Oilwell Partners LLC,** | § § § | |
| Defendant. | § | |

**PLAINTIFF TEMPRESS TECHNOLOGIES INC.'S
CORPORATE DISCLOSURE STATEMENT**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Tempress Technologies, Inc. ("Tempress" or "Plaintiff") discloses that:

Tempress Technologies is a wholly owned subsidiary of Oil States Energy Services Holding, Inc.

Oil States Energy Services Holding, Inc. is a wholly owned subsidiary of Oil States International, Inc., a publicly traded company.

Oil States International, Inc., through Oil States Energy Services Holding, Inc., is the only publicly held company that owns 10% or more of Tempress Technologies, Inc.'s stock.

1

Dated: April 11, 2023

Respectfully submitted,

/s/ *C. Erik Hawes*
C. Erik Hawes
Texas State Bar No. 24042543
Southern District of Texas No. 34000
*erik.hawes@morganlewis.com*
Melissa M. Story
Texas State Bar No. 24116816
Southern District of Texas No. 3472026
*melissa.story@morganlewis.com*
**MORGAN, LEWIS & BOCKIUS LLP**
1000 Louisiana Street, Suite 4000
Houston, Texas 77002-5006
T: 713.890.5000
F: 713.890.5001

Elizabeth M. Chiaviello
Texas Bar No. 24088913
Southern District of Texas No. 3097493
*elizabeth.chiaviello@morganlewis.com*
**Morgan, Lewis & Bockius, LLP**
1717 Main Street, Suite 3200
Dallas, Texas 75201
T: (214) 466-4000
F: (214) 466-4001

***Attorneys for Plaintiff Tempress Technologies, Inc.***